Feb. 4, 2015

To: The Hon. Abel Acosta
Clerk, Court of Criminal Appeals, Third District, At Austin

Now comes Thomas Atkinson, Appellant acting as Pro se
in said case. No. D-1-DC-12-301480,

Thomas Atkinson, Appellant

V.

The State of Texas, Appellee

I Appellant, Thomas Atkinson acting as Pro se, would now respectfuly
Motions to request a time extension to Prepare my Appellant Petition
for discretionary review. I have recently been transferd to the
Hodge unit as of Jan. 27, 2015, and have yet to have received
any of my legal Material that was suposed to follow me once I
was transferd from the Coffield unit. I was told it may take up
to 3 to 4 weeks. I respectfuly submit this motion, not with the
intent to Prolong, but only to better Prepare and Present my Petition
for discretionary review.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk



RECEIVED
FEB 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

FILED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

I Thomas Atkinson, Appellant in said case,

Pray that the court Please Consider a time extention of 30 days to PrePare MY Petition for discretionary review.

Respectfully Submitted,

Thomas Atkinson

Thomas Atkinson